UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARDS FAMILY,<br><br>                    Plaintiff,<br>v.<br><br>CLARK COUNTY, et al.,<br><br>                    Defendants. | Case No. 2:12-cv-01530-MMD-PAL<br><br>ORDER |

In this *pro se* civil rights action, plaintiff has not timely paid the filing fee or submitted a properly completed pauper application within thirty (30) days of the Court's December 3, 2012, order (dkt. no. 7). The order stated that "[t]his is the final advance notice that plaintiff will receive prior to entry of a judgment of dismissal . . . ." Moreover, more than thirty days have passed since the January 23, 2013, dismissal of plaintiff's appeal from the interlocutory order for lack of jurisdiction. In dismissing the action without prejudice, the Court has considered the public's interest in expeditious resolution of litigation, the Court's need to manage its docket, the risk of prejudice, the public policy favoring disposition of cases on their merits, and the possible availability of actions other than dismissal.

IT IS THEREFORE ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 10th day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE